The Wroblewski Drug Co., Ltd., Respondent, v. Howell Broadcasting Co., Inc., Appellant.— Order denying defendant's motion for a change of venue from Kings county to Erie county in an action for damages for breach of a contract for broadcasting reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the convenience of witnesses will be best attained by a trial in Erie county. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. concur.

Samuel C. Zeffert, Respondent, v. William Zeffert and Others, Appellants. — Order denying motion to dismiss the complaint for insufficiency, in an action for an accounting, affirmed, with twenty dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of Joseph A. Gerardi for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of Reuben Gershon for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of Robert E. Himmelstein for Admission to the Bar. (From the State of Tennessee.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of Clark Miller for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.